UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY, CO., LTD, a Chinese corporation, | Case No. 1:10-CV-396-BLW |
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| EAGLE SILICON, LLC, an Idaho limited liability company, | |
| Defendant. | |

Pending before the Court's is Defendant's Motion to Dismiss (Dkt. 10).

Defendant seeks to dismiss Plaintiff's Complaint on the grounds that every claim in

Plaintiff's Complaint is subject to a valid, enforceable arbitration agreement, and Plaintiff

is barred from bringing such claims before this tribunal.  Plaintiff responded by filing a

Notice of Non-Opposition (Dkt. 18).

Having considered the parties' submission, IT IS HEREBY ORDERED that the

Defendant's Motion to Dismiss (Dkt. 10) is GRANTED.  This matter is dismissed and the

parties are ordered to arbitrate in accordance with their agreement.



DATED:  **October 29, 2010**

B. LYNN WINMILL
Chief Judge U.S. District Court